# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MICHAEL COTA,<br><br>Plaintiff,<br><br>v.<br><br>COPPER HILLS YOUTH CENTER *et al.*,<br><br>Defendants. | **MEMORANDUM DECISION AND ORDER**<br><br>Case No. 2:22-CV-187-HCN<br><br>Howard C. Nielson, Jr.<br>United States District Judge |

Plaintiff filed his civil complaint in this case as a prisoner. S*ee* Dkt. No. 5. On April 5, 2022, he was granted leave to proceed *in forma pauperis* under 28 U.S.C. § 1915. *See* Dkt. No. 5. In granting Plaintiff's motion for leave, the court ordered that "Plaintiff shall have thirty days from the date of this order to file with the court a certified copy of his inmate trust account statements," and warned that "[i]f Plaintiff does not fully comply, the complaint will be dismissed."[1] *Id.* Plaintiff has not complied with that order or otherwise communicated with the court in almost four months.

**IT IS HEREBY ORDERED** that Plaintiff shall file a brief showing cause why this case should not be dismissed for failure to prosecute or to comply with court orders no later than August 29, 2022. *See* D. Utah Civ. R. 83-1.3(e). Failure to do so will result in this action's

---

[1] 28 U.S.C. § 1915(a)(2) requires that a prisoner seeking to proceed *in forma pauperis* file with the court "a certified copy of the trust fund account statement . . . for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined."

dismissal for failure to prosecute and to comply with the court's orders. *See* Fed. R. Civ. P. 41(b).

DATED this 29th day of July, 2022.

BY THE COURT:

_____
Howard C. Nielson, Jr.
United States District Judge